UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>        Plaintiffs,<br><br>    v.<br><br>PENINSULA AIR CONDITIONING, INC.,<br><br>        Defendant. | Case No.  5:13-cv-05048 HRL<br><br>**INTERIM ORDER RE MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs are the trustees of two benefit plans.  Pending before this court is their motion for default judgment against defendant Peninsula Air Conditioning, Inc.  In support of that motion, plaintiffs submitted the declaration of Elizabeth Jesinger.  The declaration, however, is unexecuted.  No later than **May 28, 2014** plaintiffs shall file a properly executed version of Ms. Jesinger's declaration, and provide a paper copy to the undersigned's chambers.  The motion hearing set for May 27, 2014 is vacated.  Following plaintiff's supplemental filing, the court will re-set the hearing date if it determines that oral argument is necessary.

SO ORDERED.

Dated:   May 21, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-05048-HRL Notice has been electronically mailed to:

Mark Stephen Renner     mrenner@wmprlaw.com, lgonzales@wmprlaw.com

2